402 A.2d 507

COMMONWEALTH of Pennsylvania, Appellee,

v.

Ronald Eugene PAGE, Appellant.

Supreme Court of Pennsylvania.

Submitted April 16, 1979.

Decided July 5, 1979.

Lester L. Dolfman, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Val Wilson, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:
Order affirmed.